**Fidelity** INVESTMENTS

*[Handwritten annotations across top of page:]*
*Defamation ↓*
*pl. Exploiting  Out of state collusion*
*crimes.*
*300 police reports*
*2.2 MM in damages →*
*Conversion theft*
*Labor trafficking collusion*
*Government Collusion.*

GINA L BEHR
740 E OCEAN AVE APT 106
APT 106
BOYNTON BEACH, FL 33435-5103

June 03, 2025

**Action Requested**

Dear GINA BEHR

We deeply value our relationship with you, and the trust you have placed in Fidelity. In order for us to continue to serve your financial needs, we request that you grant authorization to a trusted person to assist you with your account(s).

Recent interactions have prompted this request. With this additional assistance, we can work together and continue to assist you in meeting your goals.

Please take the following action:

- Add Power of Attorney (POA) Authorization to your account(s) ending with 9301 and 3298. This can be done by submitting the Durable Power of Attorney - Affidavit and Indemnification form enclosed with a copy of your POA legal document.

In light of our concerns, the following limitations have been added to the account(s) referenced above:

- The account(s) are no longer eligible for opening[1] or withdrawing[2] any securities positions or cash balances that may exist; however, the account(s) are eligible for closing[3] any positions that already exist.

We appreciate your prompt attention to this matter and ask that you take action prior to September 2nd, 2025. If we do not receive the requested change by this date, Fidelity may place additional limitations on the above referenced account(s) including, but not limited to, blocking deposits to the account(s). Your account(s) will be reviewed for the removal of these limitations once the requested action is taken.

If you have any questions, you may contact us by calling (800) 343-3548. Fidelity representatives are available 24 hours a day, 7 days a week.

We appreciate you choosing Fidelity Investments to help with your financial needs.

Sincerely,

Fidelity Investments

Fidelity Investments and pyramid design logo are registered service marks of FMR LLC.
Fidelity Brokerage Services LLC, Member NYSE, SIPC, 900 Salem Street, Smithfield, RI 02917
©2025 FMR LLC. All rights reserved

# General Physical Examination

**Patient Name:** Benn Gina
**Date of Birth:** 12/16/70
**Sex:** F
**Exam Date:** 07/21/25
**Job Title:** ___

| | |
|---|---|
| Does patient have significant past medical history? ☐ No ☒ Yes; Comment: | |
| Current medications reviewed? ☒ No ☐ Yes; Comment: NO meds. | |
| Does the patient have any of the symptoms listed below? ☐ No ☒ Yes; Comment: | |
| ☐ Fever ☐ Weight Loss ☒ Night Sweats ☐ Productive/Bloody Cough ☐ Weakness/Fatigue ☐ Chest Pain ☐ Shortness of Breath | |

**Temperature:** 97.3  **Blood Pressure:** 131/80  **Pulse:** 75  **Height:** 5'4  **Weight:** 173

## Physical Exam
Check "Normal" or "Abnormal" after each entry and make comments if necessary

| System Checked | Normal | Abnormal (Notate / Comment) |
|---|---|---|
| General Appearance | ✓ | NAD |
| Head, Eyes, Ears, Nose, Mouth | ✓ | |
| Throat, Neck, Thyroid | ✓ | |
| Thorax, Lungs, Chest (not incl. breast exam) | ✓ | |
| Heart | ✓ | |
| Abdomen | ✓ | |
| Skin | ✓ | |
| Neurological/ Mental Status | | A&O x3 |
| Vascular System | ✓ | |
| Genito-Urinary | | |
| Extremities/Spine (ROM) | ✓ | |
| Additional Comments | | Pt is 54 y/o WF in no acute distress, in cognitive state of mind |

## Additional Services
Check "Yes" or "N/A" after each entry and make comments if necessary. If left blank, test was not performed and is not applicable

| Additional Service: | Results (Notate / Comment) | | | |
|---|---|---|---|---|
| Urinalysis | Specific Gravity ___ Protein ___ Sugar ___ Other ___ | | | |
| Visual Acuity (Snellen) | ☒ Corrected ☐ Uncorrected | R: 20/40 | L: 20/40 | B: 20/40 |
| Visual Acuity (Near) | ☐ Corrected ☐ Uncorrected | R: 20/ | L: 20/ | B: 20/ |
| Color Vision (Red/Green/Yellow) | ☐ Normal | ☐ Abnormal | | |
| Ishihara | ☐ Pass | ☐ Fail | | |
| Whisper Hearing/ Audiogram Circle One | ☐ Pass | ☐ Fail | | |
| Electrocardiogram (EKG) | ☐ Pass | ☐ Fail | | |
| X-Ray | ☐ L/S Spine: | | ☐ Chest X-Ray: | |
| Pulmonary Function | ☐ Attached | | | |
| Other Results | | | | |

☒ Qualified
☐ Not Qualified due to: ___
☐ Deferred for: ___

The decision of whether an employee is qualified to perform work for a specific job is based on information about the essential functions of a particular job supplied by the employee or employer. Neither HCA Healthcare nor any attending provider makes any warranties or guarantees as to the accuracy of the descriptions of the essential job functions of any specific job. Reasonable accommodations should be considered if a prospective employee is considered disabled and is not found to be qualified for a particular job.

**Provider Name:** T. Walliver, MD
**Provider Signature:** [signature] M.D.
**Date:** 7/21/2025

MD Now Medical Center- E. Boynton Beach
1625 S Federal Hwy
Boynton Beach, FL 33435
Phone: 561-945-0544 Fax: 866-849-8098